1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX KRUGLYAK and KIRA RIVKIN,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.:  22-CV-0391 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

Pending before the Court is the parties' joint motion to dismiss this case with prejudice.  Good cause, appearing, the Court **GRANTS** the joint motion [Doc. 16] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED.**

Dated:  February 23, 2023

Hon. Thomas J. Whelan
United States District Judge

1

22-CV-0391 W (BLM)